UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Cyrias J. Fewer,

    Plaintiff,

    v.                                   Civil Action No. 2:20-cv-140

Commissioner of Social Security,

    Defendant.

## ORDER

On or before November 5, 2020, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 22nd. day of October 2020.

                                                /s/ John M. Conroy
                                                John M. Conroy
                                                United States Magistrate Judge